In re: **Andre KEBE, Petitioner.**

No. 06–6726.

United States Court of Appeals, Fourth Circuit.

Submitted: July 17, 2006.

Decided: July 31, 2006.

Andre Kebe, Petitioner Pro Se.

**188**

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andre Kebe petitions for writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2000) motion. He seeks release from imprisonment based on the delay. After Kebe filed the instant mandamus petition, the district court ruled on his § 2255 motion. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for appointment of counsel is denied.

*PETITION DENIED.*